**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                Plaintiff(s),

  v.

BLUE EAGLE CONTRACTNG,
INC.,

                Defendant(s).

CASE NO. 3:26-cv-00226-CSD

**ORDER SCHEDULING VIRTUAL**
**EARLY NEUTRAL EVALUATION**

Pursuant to the current Court-Based Early Neutral Evaluation Program in the District of Nevada as outlined in Local Rule 16-6, an Early Neutral Evaluation ("ENE") Session utilizing Zoom video conferencing technology is scheduled to commence on **Thursday, August 6, 2026,** at **9:00 a.m.** before United States Magistrate Judge Carla Baldwin. To ensure the ENE session is productive and successful, thorough preparation prior to the ENE is essential. Accordingly, IT IS HEREBY ORDERED that:

I.    ATTENDANCE REQUIREMENTS[1]

The lead attorney and any attorney who will try the case, the parties, and the person or persons who have full authority to negotiate and settle the case, on any terms, must personally attend the virtual ENE and are required to be present on the video for the entirety of the conference without exception. This requires the presence of the attorney's client, or if a corporate, governmental, or other organizational entity, an authorized representative of the client. For a defendant, such representative must have final settlement authority to commit the organization to pay, in the representative's own discretion, a settlement amount up to the plaintiff's prayer, or up to the plaintiff's last

---

[1]    Additional requirements related to attendance at the virtual ENE are outlined in Judge Baldwin's Standing Order, which is located on the Court's website. These requirements must be complied with. Failure to do so may result in sanctions.

demand, whichever is lower.  For a plaintiff, such representative must have final authority, in the representative's own discretion, to authorize dismissal of the case with prejudice, or to accept a settlement amount down to the defendant's last offer. If board approval is required to authorize settlement, the attendance of at least one sitting member of the board (preferably the chairperson) is absolutely required.[2]

If an insurance company is a party or is contractually required to defend or to pay damages, they must also have a fully authorized settlement representative present for the entirety of the virtual ENE. Such representative must have final settlement authority to commit the company to pay, in the representative's own discretion, an amount within the policy limits, or up to the plaintiff's last demand, whichever is lower.[3]

Any exceptions to the above attendance requirements must be requested by a motion to the court no later than one-week prior to the scheduled virtual ENE.

Counsel appearing for the virtual ENE without their client, client representatives, or insurance company representatives, as described above, will cause the ENE to be canceled or rescheduled.  The non-complying party, attorney or both may be assessed the costs and expenses incurred by other parties and the court due to the cancellation, as well as any additional sanctions the court deems appropriate.

II.    ENE STATEMENT

No later than seven (7) days prior to the virtual ENE, the parties must submit a confidential ENE statement directly to Judge Baldwin's chambers. The purpose of the ENE statement is to assist the court in preparing for and conducting the virtual ENE. The ENE

---

[2]    If a party is a governmental entity and, pursuant to applicable law, the settlement requires approval by a vote of the governing body of the entity, then one or more member(s) of the governing body that oversees that government entity (such as a county commissioner, city council member, school board member, or the like) must attend the settlement conference and be prepared to report back to the governing body the terms of any settlement tentatively reached between the parties and to recommend adoption of the settlement terms.

[3]    Counsel are responsible for timely advising any involved non-party insurance company of the requirements of this order.

statement shall not exceed ten (10) pages and must be typed and double spaced.[4] The ENE statement must contain the following:

1.    Identify, by name or status, the person(s) with decision-making authority who will attend the ENE session as a representative(s) of the party;

2.    A brief statement of the core and primary facts, claims, and defenses and the statutory authority upon which your claims or defenses are based;

3.    Describe the principal evidence upon which your party's claims or defenses are based;

4.    A brief discussion of the strengths and weaknesses of the case;

5.    An estimate of the cost and time to be expended on pretrial and trial matters should the case not settle;

6.    Describe whether there are any legal or factual issues that, if resolved, would significantly reduce the scope of the dispute or contribute to settlement; and,

7.    An outline of past settlement efforts, including a summary of the past settlement discussions, offers, and demands exchanged by the parties;

The ENE statements may be emailed to chambers **in PDF format[5]** by emailing Clb_chambers@nvd.uscourts.gov or may be mailed to chambers at 400 S. Virginia St., Room No. 404, Reno, Nevada 89501.  The ENE statements are due by no later than **4:00 p.m.** on **Thursday, July 30, 2026**. DO NOT DELIVER OR MAIL THEM TO THE CLERK'S OFFICE; DO NOT SERVE A COPY ON OPPOSING COUNSEL. The confidentiality of

---

[4]    This page limitation is inclusive of legal citations, footnotes and endnotes. The parties may attach as exhibits only those documents which are necessary and relevant to the key factual and legal issues in the case, including selected pages from deposition transcripts or responses to other discovery requests.

[5]    If an ENE statement is emailed to Judge Baldwin's chambers, it must be in PDF format and should include all attachments and exhibits in **one** PDF document (as exhibits and attachments should be limited). The Court will **NOT** accept ENE statements or exhibits via Cloud-based programs, such as Dropbox. If a party wishes to submit a video or other type multimedia as part of their settlement conference statement, the video or other multimedia must be placed on a thumb-drive, CD or other external hard-drive and be **mailed or hand-delivered** directly to Judge Baldwin's chambers.

each statement will be strictly maintained in Judge Baldwin's chambers.  Following the conference, the ENE statements will be destroyed.

III.    ISSUES TO BE DISCUSSED

The parties shall be prepared to discuss the following at the virtual ENE:

1.    Their goals in the litigation and any problems they would like to address in the ENE and their understanding of the opposing side's goals;

2.    Any issues (in and outside the lawsuit) that need to be resolved in order for a settlement to be reached;

3.    The strengths and weaknesses of their case;

4.    Their understanding of the opposing side's view of the case;

5.    Their points of agreement and disagreement (factual and legal);

6.    Any financial, emotional, and/or legal impediments to settlement;

7.    Any suggestions or possibilities for a creative resolution of the dispute; and,

8.    If settlement cannot be reached, whether there are any ways in which discovery or the litigation can be streamlined.

DATED this 15th day of June 2026.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE