MARIKO MAE ASHLEY
CA Bar No. 311897
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone: 650-684-0943
mariko.ashley@eeoc.gov

DAMIEN A. LEE
DC Bar No. 430135
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 576-3038
Email: damien.lee@eeoc.gov

*Attorneys for Plaintiff EEOC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

BLUE EAGLE CONTRACTING, INC.,

Defendant.

Case Number
3:26-cv-00226-CSD

**Order Entering Consent Decree**

The Court, having considered the proposed Consent Decree submitted by Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant Blue Eagle Contracting, Inc., filed concurrently herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of Plaintiff EEOC's claims. The Court shall retain jurisdiction of this matter for purposes of ensuring compliance with the Consent Decree approved herein until it expires according to its terms. At the expiration of the Consent Decree, the Court shall dismiss the case with prejudice, with each

party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: September 21, 2026

HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted on September 18, 2026.

DAMIEN A. LEE
Acting Regional Attorney

MARIKO M. ASHLEY
Acting Assistant Regional Attorney

BY: *\/s/ Damien A. Lee*
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 576-3038
Email: damien.lee@eeoc.gov

BY: */s/ Mariko M. Ashley*
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone (650) 684-0943
mariko.ashley@eeoc.gov

CHRISTOPHER LAGE
Deputy General Counsel

Office of the General Counsel
131 M Street, N.E.
Washington, D.C. 20507

*Attorneys for Plaintiff EEOC*

BY: */s/ Dora V. Lane*

Dora V. Lane (NV Bar No. 8424)
Michael T. Gebhart (NV Bar No. 7718)
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
dora@ascent-employmentlaw.com
michael@ascent-employmentlaw.com

*Attorneys for Defendant Blue Eagle Contracting, Inc.*